# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* [https://www.ca9.uscourts.gov/forms/form07instructions.pdf](https://www.ca9.uscourts.gov/forms/form07instructions.pdf)

**9th Cir. Case Number(s)** 26-2490

**Case Name** DirecTV, LLC, et al. v. Nexstar Media Group, Inc., et al.

**Counsel submitting this form** Deanne E. Maynard

**Represented party/parties** Nexstar Media Group, Inc.; TEGNA Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

Last year, Nexstar Media Group, Inc., a local broadcaster, announced its acquisition of TEGNA Inc., another local broadcaster. The U.S. Department of Justice reviewed and cleared the transaction after a seven-month investigation during which Nexstar and TEGNA produced over 1.5 million documents. The Federal Communications Commission also reviewed the transaction and, after considering commentary by multiple parties (including DIRECTV, LLC), found the transaction to be in the public interest. The FCC approved the transaction after requiring commitments from Nexstar, including to increase local news. After receiving all necessary regulatory approvals, the transaction closed.

DIRECTV, LLC and eight States (collectively, "Plaintiffs") filed a lawsuit against Nexstar and TEGNA (collectively, "Defendants") asserting antitrust claims under the Clayton Act. Plaintiffs filed suit on the eve of closing and sought preliminary injunctive relief after the transaction closed.

*Feedback or questions about this form? Email us at* [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

**Form 7**                                                                                                          *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

On April 17, 2026, the district court entered an Order granting preliminary injunctive relief to Plaintiffs. Although Plaintiffs' allegations concern only retransmission rights for broadcast television stations affiliated with the "Big Four" networks (ABC, CBS, FOX, and NBC) in specific local markets, the court imposed a sweeping injunction covering all TEGNA assets and operations nationwide. The injunction requires Nexstar to hold separate TEGNA assets across all business segments, including stations not affiliated with the Big Four networks and stations outside the challenged local markets. Nexstar seeks to have this appeal heard expeditiously, as Nexstar challenges the district court's entry of preliminary injunctive relief on the basis of Plaintiffs' unfounded allegations, which fail both legally and factually. Moreover, the injunction extends far more broadly than necessary to address Plaintiffs' purported harm, while requiring only a nominal bond insufficient to protect Nexstar from the harms of the wrongful injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Because this is an interlocutory appeal from a preliminary injunction, district court proceedings remain ongoing.

**Signature** s/Deanne E. Maynard **Date** 04/27/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

2