**No. 26-2490**

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

DIRECTV, LLC ET AL., *Plaintiffs - Appellees,*

v.

NEXSTAR MEDIA GROUP, INC. ET AL., *Defendants - Appellants.*

---

Appeal from the U.S. District Court for the Eastern District of California, No. 2:26-cv-00976-TLN-CKD

The Honorable Troy L. Nunley, District Court Judge

---

**BRIEF OF *AMICUS CURIAE*
NATIONAL ASSOCIATION OF BROADCASTERS
IN SUPPORT OF NEITHER PARTY**

---

Richard A. Kaplan
Jerianne Timmerman
Nandu Machiraju
NATIONAL ASSOCIATION
OF BROADCASTERS
1 M Street, SE
Washington, DC 20003
(202) 429-5430
rkaplan@nab.org
jtimmerman@nab.org
nmachiraju@nab.org

*Counsel for Amicus Curiae National Association of Broadcasters*

May 27, 2026

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1-1, *Amicus Curiae* National Association of Broadcasters hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. The National Association of Broadcasters is not aware of any judge serving on this Court who has participated at any stage of the case.

May 27, 2026                                          /s/ Richard A. Kaplan

                                                              Richard A. Kaplan

i

# **TABLE OF CONTENTS**

**PAGE**

TABLE OF AUTHORITIES ................................................................. iii

INTEREST OF *AMICUS CURIAE* .......................................................1

PRELIMINARY STATEMENT ............................................................2

ARGUMENT .........................................................................................5

     I.     INTRODUCTION AND SUMMARY ...................................6

     II.    COMPETITION TO BROADCASTERS FROM MULTIFARIOUS, AND OFTEN MAMMOTH, AUDIO AND VIDEO SOURCES AND ADVERTISING PLATFORMS IS FIERCE AND FORMIDABLE .........................................8

CONCLUSION .....................................................................................23

CERTIFICATE OF COMPLIANCE ...................................................25

CERTIFICATE OF SERVICE ............................................................26

ii

## TABLE OF AUTHORITIES

**PAGE**

**Statutes**

47 U.S.C.

§ 163.................................................................................................6

§ 163(a) . ..........................................................................................3

§ 163(b)(1). ......................................................................................3

**Legislative Materials**

H.R. Rep. No. 104-204 (1995), *reprinted in* 1996 U.S.C.C.A.N. 10 .......................7

**Administrative Agency Materials**

*2014 Quadrennial Regulatory Review*, Order on Reconsideration, 32 FCC Rcd 9802 (2017)..................................................................17

*Annual Assessment of the Status of Competition in the Market for the Delivery of Video Programming*, Fourteenth Report, 27 FCC Rcd 8610 (2012).......................................................................4, 15

FCC Public Notice, *Office of Economics and Analytics Seeks Comment on the State of Competition in the Communications Marketplace*, GN Docket No. 26-78, DA 26-333 (Apr. 6, 2026) .......................3

Federal Reserve Bank of Dallas, *DataBasics, Deflating nominal values to real values* (accessed Dec. 10, 2025), https://www.dallasfed.org/research/basics/nominal .........................................21

K. Makuch and J. Levy, *Market Size and Local Television News*, FCC Office of Economics and Analytics, Working Paper 52 (Jan. 15, 2021) .................................................................................18

**Other Authorities**

Adtaxi, *The Era of Digital Video: CTV & Streaming 2026* (Feb. 2026)............9, 11

Borrell Associates, *2025 Annual Report Benchmarking Local Digital Media* (May 15, 2025) ................................................16, 17, 19, 20

Borrell Associates, *24th Annual Report on Local Digital Advertising* (May 2026)..................................................................4, 17, 18, 20

Comments of NAB, GN Docket No. 26-78 (May 21, 2026)...................................3

Comments of NAB, MB Docket No. 17-318 (Aug. 4, 2025)................................14

iii

## TABLE OF AUTHORITIES
### (continued)

Comments of NAB, MB Docket No. 22-459 (Dec. 17, 2025) ...................................9

Comments of NAB, MB Docket No. 26-45 (Mar. 27, 2026)...............................14

Deloitte Insights, *2026 Digital Media Trends* (Mar. 25, 2026)...............................9

E. Gruenwedel, *Report: Nearly 50% of U.S. Households Watch FAST Channels Weekly,* mediapost.com (Oct. 1, 2025)................................................10

G. Winslow, *Parks: Tubi, Roku Channel Are Top U.S. FAST Platforms*, tvtechnology.com (May 13, 2026)...................................................10

G. Winslow, *Prime Video Launches Location-Based Interactive Video Ads*, tvtechnology.com (Nov. 10, 2025)...........................................................10

G. Winslow, *Study: Consumers See 'Strong Value' in Streaming But Are 'Very Concerned' About Economy*, tvtechnology.com (July 14, 2025) ........................................................................................................................13

G. Winslow, *Survey: Younger Gen Z Consumers Spend 5.1 Hours a Day on Social Media*, tvtechnology.com (Dec. 1, 2025) ...................................11

Gracenote Data Hub, gracenote.com (last updated Feb. 19, 2026) .........................9

Gracenote, a Nielsen company, *State of Play: Data is the key to solving the paradox of choice for streaming viewers* (Nov. 5, 2025) ...............15

Hub Entertainment Research, *Connected Home 2026* (Mar. 2026) .......................11

Hub Entertainment Research, *Decoding the Default* (Sept. 2025).........................11

Hub Entertainment Research, *Evolution of the TV Set* (June 2025)......................11

J. Koblin, *The Streaming Wars Come Down to 2: YouTube vs. Netflix*, nytimes.com (July 12, 2025) ..............................................................................13

Nielsen, *The Gauge Shows Streaming is Taking a Seat at the Table,* nielsen.com (June 17, 2021) ...............................................................................12

Nielsen, U.S. Live + Same Day 2025 ....................................................................16

Nielsen, *Winter Olympics, Super Bowl Power NBCU-Versant to Gold Medal Performance in Nielsen's February Gauge Reports,* nielsen.com (Apr. 14, 2026) ...............................................................................4, 12

P. Clark, *Social platforms and streamers battle for the living room*, emarketer.com (July 28, 2025) ..........................................................................13

P. Kurz, *Social Video Now Accounts for 20% of TV Viewing*, tvtechnology.com (Aug. 19, 2025).................................................................11

iv

## TABLE OF AUTHORITIES
### (continued)

*Report: Continued Growth for AVOD, FAST in U.S.,* Advanced Television (Oct. 30, 2025), https://www.advanced-television.com/2025/10/30/report-continued-growth-for-avod-and-fast-channels-in-us/ ..................................................................10

S. Vranica and N. Rattner, *The TV Ad Market Is Being Taken Over by Streaming Platforms*, The Wall Street Journal (May 12, 2026).........................10

T. Spangler, *Instagram for TV: Social Network Launches App to Watch Reels Videos on Big Screen*, variety.com (Dec. 16, 2025).....................13

T. Spangler, *U.S. Household Spending on Streaming Video Services Remains Flat at $69 per Month, as 68% Now Pay for Ad-Supported Tiers*, variety.com (Mar. 25, 2026) ...................................................10

T. Spangler, *U.S. Streaming Video Market to Surge 33% by 2029 to Over $112 Billion, PwC Forecasts*, variety.com (July 23, 2025) .....................10

Toluna, *Gen Z Culture Decoded: The New Rules of Engagement*, tolunacorporate.com (Mar. 27, 2025) ................................................................11

## INTEREST OF *AMICUS CURIAE*[1]

The National Association of Broadcasters (NAB) is a non-profit, incorporated association of radio and television stations and broadcasting networks. NAB represents the American broadcasting industry before Congress, the courts, the Federal Communications Commission (FCC or Commission), and other governmental bodies. Among other activities, NAB conducts research, gathers data, and provides information to the FCC and other government agencies about the broadcast industry and the media and advertising markets.

NAB does not normally opine on the business transactions of our members, and we did not participate in FCC proceedings pertaining to the merger of Nexstar and TEGNA. We continue to express no opinion on the merits of this merger. Our member stations, however, are vitally concerned about their competitiveness in today's rapidly changing marketplace and the disadvantages they face in competing against much larger entities, including DIRECTV, unencumbered by artificial restrictions on their scale and scope, issues that are implicated by this case. NAB believes that data and information about the video and advertising markets, and

---

[1] No party's counsel authored the brief in whole or in part, and no party, party's counsel, or person other than the *amicus curiae*, its members, or counsel contributed money that was intended to fund preparing or submitting the brief. The parties consent to the filing of this brief.

1

television broadcasters' competitive struggles in the modern media marketplace, provided herein will aid this Court in addressing the current appeal.

## PRELIMINARY STATEMENT

As the representative and voice of the broadcast industry, NAB wants this Court to have an accurate view of the broadcast industry and its serious competitive challenges in today's digital-dominated media and advertising environment. NAB has followed the district court litigation leading to this appeal and has become concerned about the one-sided and inaccurate view of the video marketplace reflected in the lower court's opinion. The district court's analysis presented views on competition from streaming and Big Tech companies and the impact of station combinations on broadcasters' service to their local communities that are inconsistent with NAB's and our members' experience. For years, NAB has reviewed and presented extensive evidence in FCC proceedings that directly contradicts the district court's findings, and only six days ago, NAB responded to the FCC's most recent inquiry about competition in the communications marketplace with data and information inconsistent with the lower court's view. NAB thus believes it is important to provide industry-wide context in this litigation.

In every even-numbered year, the Communications Act of 1934 requires the Commission to publish and submit to Congress a report assessing "the state of competition in the communications marketplace," including competition to deliver

video and audio services. 47 U.S.C. §§ 163(a), (b)(1). On April 6, 2026, the FCC's Office of Economics and Analytics requested public input to inform its required assessment of competition in the communications marketplace, and established May 21, 2026, as the deadline for initial comments. FCC Public Notice, *Office of Economics and Analytics Seeks Comment on the State of Competition in the Communications Marketplace*, GN Docket No. 26-78, DA 26-333 (Apr. 6, 2026). NAB routinely participates in the FCC's biennial examinations of competition and last week submitted extensive data and evidence about competition in the audio, video, and advertising markets. Comments of NAB, GN Docket No. 26-78 (May 21, 2026).

NAB herein provides the most relevant excerpts from its May 21st FCC submission that directly address the fierce and growing competition local television broadcasters experience in the current video and advertising marketplace. As any observer must realize, digital technologies and the internet have radically altered the communications landscape. Wholesale adoption of digital devices has fundamentally transformed how Americans consume video content and the type of content consumed, enabling an explosion in usage of unregulated streaming services, both subscription and free, some of which (Prime Video, YouTube, and Apple TV) are owned by Big Tech companies. For decades starting in the last century, U.S. television households by the millions substituted multichannel cable and satellite

3

subscriptions for broadcast television viewing, *see, e.g.*, *Annual Assessment of the Status of Competition in the Market for the Delivery of Video Programming*, Fourteenth Report, 27 FCC Rcd 8610, 8668, 8671, 8705-07 (2012), and consumers now increasingly turn to streaming. Data from Nielsen show that streaming – led by YouTube (owned by Alphabet) and the globally-scaled Netflix – dominates the video market today, with streaming platforms garnering more than double broadcast television's share of total TV usage. *See* Nielsen, *Winter Olympics, Super Bowl Power NBCU-Versant to Gold Medal Performance in Nielsen's February Gauge Reports,* nielsen.com (Apr. 14, 2026).

NAB's recent FCC filing also shows that digital technologies and the Big Tech companies have revolutionized the advertising marketplace, significantly increasing competition to local broadcast stations and newspapers. Digital companies such as Google (owned by Alphabet), Facebook (owned by Meta), and national listings sites (e.g., Cars.com, Zillow, Monster, Autotrader, etc.) take the lion's share of ad spending by local businesses, undercutting the financial support for local media outlets and journalism. *See, e.g.*, Borrell Associates, *24th Annual Report on Local Digital Advertising*, at 8-9 (May 2026). As a result, total advertising revenues earned by the broadcast TV station industry have plummeted, declining by around half on an inflation-adjusted basis since 2000, according to BIA Advisory Services. These revenue declines directly harm the ability of local TV stations to

4

acquire and produce programming, maintain local news operations (one of the largest costs for broadcasters), obtain increasingly expensive rights for live sporting events, retain talented staff, and invest in improved technologies.

In short, NAB's submission to the FCC excerpted below shows that local television stations compete for both audiences and advertisers against myriad video outlets and digital advertising platforms that have exponentially greater scale. This uneven competitive playing field diverts away from local TV stations the viewers and thus the revenues necessary for providing their programming over the air and free to the public, unlike their cable, satellite, and streaming competitors. NAB believes this information will be helpful to the Court as it weighs the impact that the preliminary injunctive order may have on the operations of Nexstar's and TEGNA's stations – particularly in light of the substantial revenue pressure that the industry faces from largely unconstrained and unregulated marketplace competitors. We urge the Court to consider the true state of competition in the video and advertising marketplace when addressing this appeal.

## ARGUMENT

To support our members, NAB monitors the state of the media marketplace. We receive updates on developments in the marketplace from our membership, stay abreast of third-party research, and commission research to study changes in the media and advertising markets. NAB uses this extensive fact-finding to inform

5

regulatory agencies, including the FCC, regarding the state of competition facing local broadcasters and the impact that regulation – especially asymmetric regulation – has on broadcasters' ability to serve the public. Through this work, NAB has found a consistent story: Local TV stations operate in an intensely competitive environment that grows more competitive with each passing day.

On May 21, 2026, NAB again provided updated data and information on the competitive environment facing TV broadcasters for the FCC's statutorily-mandated biennial report to Congress on competition in the communications marketplace. 47 U.S.C. § 163. NAB believes this context, absent from the district court's opinion, is important for the Court's consideration in this case. Below we reproduce direct excerpts addressing competition in the video and advertising markets from NAB's submission to the Commission on behalf of the broadcast industry[2]:

## I.    INTRODUCTION AND SUMMARY

Thirty years ago when passing the Telecommunications Act of 1996, Congress recognized the substantial changes to the communications marketplace even in the analog era and sought to "preserve and to promote the competitiveness

---

[2] NAB is reproducing here the portions of its FCC filing focusing on competition in the video and advertising markets; the parts of NAB's filing addressing the audio marketplace, radio station advertisers and ad revenues, and specific FCC regulations, decisions, and proceedings are not included. NAB has not altered the text of its FCC submission excerpted below, except for the automatic renumbering of footnotes and adjusting formatting for consistency and to comply with the Federal Rules of Appellate Procedure. NAB's full filing is available at May 2026 Communications Marketplace Initial Comments.pdf.

of over-the-air broadcast stations" by reforming the outmoded structural regulatory framework imposed on broadcasting.[3] But despite congressional intent and the total transformation of the video and audio marketplace since 1996 by digital technologies and the internet, broadcasters today still are forced to compete on a playing field fundamentally tilted against them. The competitive viability of many local broadcast stations is now in peril, as broadcasters burdened by highly asymmetric regulations – and facing unprecedented competition for audiences and advertising revenues from much larger competitors – struggle to provide valued programming services, including news, increasingly expensive sports programming, weather, and emergency information, free to the public in local communities across the nation. While broadcasters embrace the unique and vital opportunity to serve the public interest in their local communities, it's simply taken for granted that broadcasters must provide this service at their own expense but free to consumers.

As the National Association of Broadcasters (NAB)[4] illustrates below, the challenges facing broadcasters continue to rise, with local stations experiencing ever-greater competition for audiences and advertising from myriad lesser (or un-)

---

[3] H.R. Rep. No. 104-204, at 48, 54 (1995), *reprinted in* 1996 U.S.C.C.A.N. 10, 11, 18 (also observing that broadcast regulation dated back in many instances to the 1940s).

[4] NAB is the nonprofit trade association that advocates on behalf of free local radio and television stations and broadcast networks before Congress, the Federal Communications Commission and other federal agencies, and the courts.

regulated content providers and digital advertising platforms. Data from leading industry analysts, including Nielsen, Edison Research, Borrell Associates, and BIA Advisory Services, all confirm that local broadcast stations have lost significant audience share and advertising revenues to their media and advertising market competitors that are unencumbered by artificial restrictions on their scale and scope. Streaming via smart TVs, smart phones, and other digital devices now dominates the media landscape, and the giant tech platforms dominate local advertising markets, at the expense of locally-based broadcast (and print) outlets that serve local communities. These fundamental technological and market changes have necessarily and dramatically affected the competitive position of advertising-supported free over-the-air broadcast stations.

\* \* \* \* \*

## II. COMPETITION TO BROADCASTERS FROM MULTIFARIOUS, AND OFTEN MAMMOTH, AUDIO AND VIDEO SOURCES AND ADVERTISING PLATFORMS IS FIERCE AND FORMIDABLE

\* \* \* \* \*

*Competition for Audiences in the Video Market*. Americans' wholesale adoption of digital devices has fundamentally altered how they consume video content and the type of content consumed, enabling an explosion in usage of unregulated streaming services, including subscription video on demand, ad-supported subscription video on demand, and free ad-supported streaming TV,

8

which compete with broadcasters for audiences and, increasingly, advertisers.[5]

Studies and data released in the past few months show that these trends have continued. For example:

- According to a recent report, streaming and connected TV "now represent the primary delivery system for content across every generation, income tier, and device."[6] Over three quarters (76 percent) of U.S. adults report that "digital video" is their "default source for viewing TV/video content" (i.e., the first source turned on).[7] When asked to indicate all the devices they used to watch TV/video in the past 30 days, the top three responses by a large margin were "streaming app" (79 percent), "connected TV" (72 percent), and "smartphone/mobile" (59 percent).[8]

- Recent reports reconfirm that video streaming is nearly universal. Consumers continue to "stack" multiple paid and free video streaming services.[9]

- Free ad-supported streaming TV channels are vast in number and continue to proliferate,[10] and both free ad-supported streaming and ad-supported

---

[5] *See, e.g.*, Comments of NAB, MB Docket No. 22-459, at 83-91 (Dec. 17, 2025).

[6] Adtaxi, *The Era of Digital Video: CTV & Streaming 2026*, at 3 (Feb. 2026) (Era of Digital Video).

[7] *Id*. at 6. "Digital video" includes both streaming platforms (e.g., Netflix, YouTube, Hulu) and connected TV devices (e.g., Apple TV, Fire TV Stick, Chromecast). Nearly six-in-ten (58%) of U.S. households have connected TV devices. *Id*. at 5.

[8] *Id*. at 12 (reporting that consumers now use an average of 3.6 viewing devices).

[9] *See, e.g.*, Era of Digital Video at 13, 16-17, 26 (reporting that about nine-in-ten U.S. adults engage with streaming or connected TV and that the average streaming household pays for 3.5 different services and uses 3.3 free services); Deloitte Insights, *2026 Digital Media Trends*, at 1 (Mar. 25, 2026) (finding that 90% of U.S. households have at least one paid subscription video on demand service and that households pay for an average of four such services).

[10] In February 2026, Nielsen's Gracenote reported more than 2,060 free ad-supported streaming TV channels available worldwide. Gracenote Data Hub, gracenote.com (last updated Feb. 19, 2026). The top-rated U.S. free ad-supported streaming TV channels, based on the number of average monthly users, are Tubi, The Roku Channel, and Pluto TV. G. Winslow, *Parks: Tubi, Roku Channel Are Top U.S. FAST Platforms*, tvtechnology.com (May 13, 2026) (citing Parks Associates' data).

subscription video on demand have rapidly increased their household penetration. Sixty-eight percent of U.S. streaming subscribers pay for an ad-supported tier.[11] Last fall, a Comscore report found that total hours watched across major free ad-supported streaming TV services grew by *43 percent* from 2024 to 2025,[12] and data showed that 47 percent of U.S. households watched free ad-supported streaming channels weekly.[13] PwC has projected that free ad-supported streaming TV services in the U.S. will generate $9 billion in revenue in 2029, up from nearly $4.9 billion in 2024.[14]

- This growth in viewership of ad-supported subscription video on demand and free ad-supported streaming services results in increased competition for TV broadcasters in attracting advertising dollars. Reports proclaim that the "hottest destination for television advertising" is now ad-supported streaming platforms.[15] Prime Video is rolling out location-based interactive video ads that allow tailoring of national TV ads with location specific content, enabling advertisers to transform a single TV commercial into thousands of variants based on ZIP codes or states. This rollout "will further heighten the competition between streaming services and local broadcasters."[16]

- Surveys in 2025 found that viewers spent only about one-quarter of their screen time on live TV,[17] and that social video accounts for 20 percent of all

---

[11] T. Spangler, *U.S. Household Spending on Streaming Video Services Remains Flat at $69 per Month, as 68% Now Pay for Ad-Supported Tiers*, variety.com (Mar. 25, 2026).

[12] *Report: Continued Growth for AVOD, FAST in U.S.,* Advanced Television (Oct. 30, 2025), https://www.advanced-television.com/2025/10/30/report-continued-growth-for-avod-and-fast-channels-in-us/.

[13] E. Gruenwedel, *Report: Nearly 50% of U.S. Households Watch FAST Channels Weekly,* mediapost.com (Oct. 1, 2025) (citing data from Wurl).

[14] T. Spangler, *U.S. Streaming Video Market to Surge 33% by 2029 to Over $112 Billion, PwC Forecasts*, variety.com (July 23, 2025).

[15] S. Vranica and N. Rattner, *The TV Ad Market Is Being Taken Over by Streaming Platforms*, The Wall Street Journal (May 12, 2026) (citing projections that streaming TV advertising spend will nearly equal traditional linear TV advertising spend by 2029).

[16] G. Winslow, *Prime Video Launches Location-Based Interactive Video Ads*, tvtechnology.com (Nov. 10, 2025).

[17] Hub Entertainment Research, *Decoding the Default* (Sept. 2025).

video consumed on TV weekly.[18] Adtaxi's 2026 report on TV/video consumption found that nearly seven-in-ten adults now say that half or more of their viewing takes place online or through digital streaming services.[19]

- Smart TVs are now "pervasive," with U.S. homes today having an average of two smart TV sets, which are also used for "non-TV" features such as listening to music or checking weather apps.[20] Because smart devices such as TVs, phones, tablets, and laptops are video, audio, and internet devices, they broaden the competition TV broadcasters face beyond the video silo.

- Rather than engaging with traditional video content (e.g., broadcast, cable), high percentages of Gen Zers regularly use social media (94 percent); watch videos in a vertical/portrait format online (81 percent); watch paid-for on-demand video streaming (81 percent); watch YouTube free with ads (78 percent); and play video games (77 percent).[21] Gen Zers spent 5.1 hours a day on social media as of Q3 2025.[22]

These continuing shifts in device usage and viewing patterns have led to declining reach and usage of linear television. Even with broadcast viewership increases from Superbowl LX and the Winter Olympics, data from Nielsen's The Gauge, as illustrated below, show that streaming's share of total TV usage more than

---

[18] P. Kurz, *Social Video Now Accounts for 20% of TV Viewing*, tvtechnology.com (Aug. 19, 2025) (citing Parks Associates).

[19] Era of Digital Video at 14. In 2023, only 50% of adults said that half or more of their TV/video consumption took place online or via streaming services. *Id.*

[20] Hub Entertainment Research, *Connected Home 2026* (Mar. 2026); Hub Entertainment Research, *Evolution of the TV Set* (June 2025).

[21] Toluna, *Gen Z Culture Decoded: The New Rules of Engagement*, tolunacorporate.com (Mar. 27, 2025) (survey of 2,000 U.S.-based Gen Z consumers).

[22] G. Winslow, *Survey: Younger Gen Z Consumers Spend 5.1 Hours a Day on Social Media*, tvtechnology.com (Dec. 1, 2025) (reporting on S&P Global Market Intelligence Kagan survey).

doubled broadcasting's share in February 2026.[23] Streaming's share of TV usage grew a remarkable 84.6 percent between the first edition of Nielsen's The Gauge in spring 2021 and last February.[24]



The Nielsen data shown above also reconfirm that YouTube has become the 800-pound gorilla of the video marketplace, again garnering close to 13 percent of total TV usage, with YouTube's and Netflix's shares combined essentially equaling all broadcasters' share of total TV viewing. And because The Gauge does not account for viewing of video content on mobile devices, it very substantially

---

[23] Nielsen, *Winter Olympics, Super Bowl Power NBCU-Versant to Gold Medal Performance in Neilsen's February Gauge Reports*, nielsen.com (Apr. 14, 2026).

[24] *See* Nielsen, *The Gauge Shows Streaming is Taking a Seat at the Table,* nielsen.com (June 17, 2021).

undercounts the viewing garnered by YouTube (owned by Alphabet/Google) and Netflix, as well as TikTok and Instagram (owned by Meta/Facebook), with which broadcasters increasingly compete.[25] YouTube is "almost universal," with 87 percent of consumers reporting they use or subscribe to YouTube (free), YouTube Premium, and/or YouTubeTV.[26] In light of YouTube's success "in the living room," TikTok and Instagram both are working on apps designed for television viewing.[27] No TV station group enjoys even a fraction of YouTube's reach or usage level.

Given this ever-growing competition for viewers, even the top-rated broadcast TV programs have experienced steep declines in their ratings over time. The top-rated scripted program on broadcast TV for the 2023-2024 season (*Tracker*) earned less than one-seventh of the ratings earned by the top broadcast show in the 1985-

---

[25] *See, e.g.,* G. Winslow, *Study: Consumers See 'Strong Value' in Streaming But Are 'Very Concerned' About Economy*, tvtechnology.com (July 14, 2025) (more viewers use YouTube on a smartphone or tablet than on a TV); J. Koblin, *The Streaming Wars Come Down to 2: YouTube vs. Netflix*, nytimes.com (July 12, 2025) (Netflix estimating that 30% of its audience watches via devices other than TVs). Viewing of YouTubeTV, the linear vMVPD service, also is not included in YouTube's share of total TV usage reported by The Gauge. (If a consumer watches NBC or FX via YouTubeTV, that usage is counted as broadcast or cable, respectively.)

[26] G. Winslow, *Study: Consumers See 'Strong Value' in Streaming But Are 'Very Concerned' About Economy*, tvtechnology.com (July 14, 2025) (citing Hub Entertainment Research).

[27] P. Clark, *Social platforms and streamers battle for the living room*, emarketer.com (July 28, 2025). *See also* T. Spangler, *Instagram for TV: Social Network Launches App to Watch Reels Videos on Big Screen*, variety.com (Dec. 16, 2025) (reporting that Meta launched a pilot of its Instagram for TV app, which initially is available only via Amazon Fire TV and allows users to watch Reels organized into personalized channels based on their interests on TV screens).

1986 season, while the top-rated broadcast program overall in 2023-2024 (*Sunday Night Football*) garnered less than one-third of the top program's mid-1980s ratings.[28] Below, NAB resubmits data showing that the top-rated broadcast TV programs garnered still lower ratings during the 2024-2025 season.[29] Due to competition from non-broadcast video providers, the ratings of the top-rated scripted program on broadcast TV have fallen 72.1 percent since 2004 (when the national television station ownership limit was last slightly raised); by 78.3 percent since passage of the 1996 Telecommunications Act; and by 86.4 percent since the mid-1980s. The reign of *Sunday Night Football* as the top-rated broadcast TV program since the 2015-2016 season confirms the importance to broadcasters of retaining extraordinarily expensive sports rights, despite competition from vastly deeper-pocketed rivals such as Amazon, Netflix, YouTube, and Apple TV.[30]

---

[28] *See* Comments of NAB, MB Docket No. 17-318, at 10-11 (Aug. 4, 2025) (citing Nielsen data).

[29] From the 2023-2024 season to the 2024-2025 season, *Sunday Night Football*'s ratings fell from 10.3 to 9.6 and *Tracker'*s ratings declined slightly, from 4.7 to 4.6.

[30] *See* Comments of NAB, MB Docket No. 26-45 (Mar. 27, 2026) (documenting the shift of sports programming from free over-the-air broadcast TV to multiple subscription platforms to the detriment of viewers, who struggle even to find, let alone pay for, the sporting events they want to watch).

14



**Ratings of Top Broadcast TV Programs**

*Sources and Notes:*
1985-1986, 1996-1997, 2004-2005 Seasons*: Complete Directory to Prime Time Network and Cable TV Shows, 1946-Present.* Household ratings based on Live-Only viewing*;*
*2024-2025: Nielsen,* Live +Same Day viewing, September 1, 2024-May 25, 2025. Regularly scheduled program; excludes pre-and post-shows.
**Nielsen*, Live + Same Day viewing.

The ever-increasing – and even "overwhelming"[31] – array of options for consumers has completely upended the video marketplace. The evidence on viewership summarized above demonstrates that TV stations' formerly mass audiences have shrunk due to competing video options, both free and subscription, which consumers have substituted for broadcast TV. Consumers first substituted cable and satellite for broadcast viewing[32] and more recently and increasingly turned

---

[31] Gracenote, a Nielsen company, *State of Play: Data is the key to solving the paradox of choice for streaming viewers*, at 9 (Nov. 5, 2025) (survey reporting that over 45% of streaming viewers find the saturation of streaming services and content "overwhelming").

[32] *See, e.g.*, *Annual Assessment of the Status of Competition in the Market for the Delivery of Video Programming*, Fourteenth Report, 27 FCC Rcd 8610, 8619, 8668 (2012) (reporting that cable, satellite, and telco multichannel video distributors offered "hundreds of television channels as well as thousands of video programs" via video-on-demand services to nearly 101 million subscribers in 2010).

15

to streaming. Data revealing the single-digit *reach* of broadcast TV today demonstrates the extent of non-broadcast outlets' domination of the modern video landscape.[33] No one can any longer pretend that broadcast TV stations exist in a hermetically sealed bubble shielded from streaming and multichannel video competitors.

***Competition to Broadcast Stations in the Advertising Marketplace.*** The digital revolution similarly has transformed the advertising market. Local broadcast stations are highly dependent on advertising revenue and, due to the dominance of digital ad platforms in today's marketplace, the financial health of local broadcast stations has significantly declined over the past two decades.

The 2025 advertising report by Borrell Associates estimated that local digital advertising accounted for about 70 percent of all local ad spending in 2024.[34] This report found that the "lion's share of digital advertising" left local markets and went to "pureplay digital companies such as Google, Facebook, and others," with local

---

[33] Among the average 9,279,022 people ages 18-49 using TV (counting broadcast, cable, and Direct Broadcast Satellite, but not streaming or subscription video on demand) during any given minute of prime time in 2025, an estimated 2,904,979 people were viewing broadcast stations – and those 2,904,979 people represent just **2.1 percent** of the estimated total 136,117,395 people ages 18-49 in U.S. TV households. Similarly, the average 16,814,949 people ages two and older who viewed broadcast TV during any given minute of prime time in 2025 represent only **five percent** of the estimated total 321,844,735 people ages two and older in U.S. TV households. *See* Nielsen, U.S. Live + Same Day 2025.

[34] Borrell Associates, *2025 Annual Report Benchmarking Local Digital Media*, at 5 (May 15, 2025) (2025 Borrell Report).

media outlets including broadcast stations and newspapers capturing only about 15 percent of all locally spent digital advertising.[35] Borrell's 2026 report released earlier this month reconfirmed these findings, estimating that in 2025 and 2026, traditional local media outlets' share of in-market digital ad spending would likely hold steady at just over 16 percent -- "meaning 84% of 'local' digital advertising still goes out of the market, spent mostly with providers such as Google, Meta, and national listings sites" (e.g., Cars.com, Zillow, Monster, Autotrader, etc.).[36]

Direct competition between traditional media and digital platforms for local advertisers is clearly shown in the graphic below: Print and broadcast ad spending fell as digital ad spend rose starting in the 2000s. Taken together, the 2025 and 2026 Borrell reports project local digital advertising to continue growing (albeit more slowly); to extend its share gains at the expense of traditional media; and to account for 76 percent of all local advertising by 2029.[37]

Thus, the reshaping of the advertising market that has radically undercut support for local media and journalism – including TV stations' costly-to-maintain local news operations – will only continue.[38] Borrell's 2026 report concluded that,

---

[35] *Id*. at 8-9.

[36] Borrell Associates, 24th Annual Report on Local Digital Advertising, at 9 (May 2026) (2026 Borrell Report).

[37] 2025 Borrell Report at 6-7; 2026 Borrell Report at 5, 7-8.

[38] Local news programming is one of the biggest operational costs for TV broadcasters. *2014 Quadrennial Regulatory Review*, Order on Reconsideration, 32 FCC Rcd 9802, 9836 (2017). Over five years ago, the FCC's Office of Economics

due to the maturing of the digital economy with slower year-over-year growth, traditional media will be facing an ad "marketplace where every dollar gained by one player will increasingly be lost by another."[39] Perhaps ominously for ad-dependent broadcast stations, the local advertising industry has "shifted from expansion to redistribution."[40]

*U.S. Local Advertising Revenues 2000-2028 – Borrell Associates 2025 Annual Report Benchmarking Local Digital Media*



Other findings in the 2025 Borrell Report demonstrate the competitiveness of local ad markets and the wide variety of advertising and marketing options used by

---

and Analytics (OEA) concluded that most TV markets cannot sustain four independent local news operations. K. Makuch and J. Levy, *Market Size and Local Television News*, OEA Working Paper 52, at 4, 21 (Jan. 15, 2021).

[39] 2026 Borrell Report at 5, 7 (also observing that digital's maturation "does not rescue legacy media; instead, it signals a tighter, more competitive fight within a still-shifting pool of dollars").

[40] *Id*. at 35.

local advertisers, with the report identifying 20 different types of advertising bought by those advertisers. While 34 percent and 16 percent of local advertisers bought broadcast radio and television, respectively, in 2024, 54 percent bought social media and 56 percent bought events/sponsorships, the only two types of marketing purchased by more than half of local advertisers.[41]

Revealingly, Borrell reported on the other types of advertising that broadcast advertisers specifically also purchase.   * * * * *

Similarly, in 2024, over half of local broadcast TV advertisers also reported buying social media (77 percent), events/sponsorships (77 percent), website ads (68 percent), AM/FM radio (67 percent), search engine marketing (58 percent), newspapers (55 percent), magazines (52 percent), and direct mail (51 percent).[42] Forty-two percent of broadcast TV advertisers reported purchasing streaming video/over-the-top/connected TV advertising in 2024, showing growing competition with online video for ad dollars in local markets.[43] Notably, among advertisers that planned to increase their spending on some form of marketing in 2025, broadcast

---

[41] 2025 Borrell Report at 24, Figure 2.9 (listing types of advertising ranging from banner ads and search engine marketing to streaming video and audio to direct mail, out-of-home/outdoor, and newspapers and magazines).

[42] *Id*. at 29, Figure 3.6. Given that *two-thirds* of TV advertisers in local markets bought AM/FM radio advertising and 25% bought streaming audio in 2024, the contention that broadcast TV and radio, or video and audio more generally, exist in separate silos appears incorrect.

[43] *Id*. (additionally reporting that 39% of local broadcast TV advertisers also purchased cable TV ads in 2024).

TV advertisers were about 50 percent more likely to increase spending on search engine marketing and banner ads in 2025 than those advertisers who did not buy TV station advertising – and broadcast TV advertisers were over *three times* more likely to increase budgets on streaming video/over-the-top/connected TV than advertisers not buying broadcast TV.[44] And Borrell's 2026 report forecast significant future growth for over-the-top/connected TV advertising, projecting that by 2028 that category of local digital advertising would surpass search and become the second largest digital ad category (behind only online display and banner ads).[45] Broadcast stations clearly face intense competition in their local markets from both digital and traditional platforms for vital ad revenues.

Unsurprisingly in this highly competitive marketplace in which the share of ad dollars garnered by traditional media has plummeted over time, the radio and TV station industries' advertising revenues continue to fall.  * * * * *

Increased competition also has caused the local TV station industry's advertising revenues to fall over time. As shown in the graphic below provided by BIA Advisory Services, TV stations' total ad revenue (over-the-air+digital) fell 56.3 percent from 2000-2025 on a real (i.e., inflation-adjusted) basis. Even from 2000-2024 (a general election year with high levels of political advertising), the inflation-

---

[44] *Id.* at 30, Figure 3.7.
[45] 2026 Borrell Report at 5, 9.

adjusted ad revenue decline was 42.7 percent. Adjusting for inflation provides a constant metric, and the real amount, of the decline in TV stations' advertising revenues over the past 25 years – and that decline is indisputably substantial. As the Federal Reserve has observed, "$1 doesn't buy what it used to," and "[c]onverting nominal values to real values provides a consistent measure across time."[46]



Source: BIA Advisory Services, LLC

These declines in revenue necessarily harm the ability of local TV stations to acquire/ produce programming, maintain local news operations, obtain rights for live sports programming, hire and retain talented staff, and invest in improved

---

[46] Federal Reserve Bank of Dallas, *DataBasics*, *Deflating nominal values to real values* (accessed Dec. 10, 2025), https://www.dallasfed.org/research/basics/nominal (describing why real, i.e. inflation-adjusted, Gross Domestic Product (GDP) or retail sales figures are a better overall indication of the change in output or sales over time than nominal GDP or retail sales figures).

technologies including Next Gen TV. Broadcasters in mid-sized and small markets particularly struggle, given that smaller market TV stations earn only a small fraction of the ad revenues garnered by stations in the largest markets. The graphic below illustrates the limited ad dollars available to and earned by TV stations in most local markets, even in a presidential election year.[47]

### The Relationship Between Market Size and Advertising Revenue Per TV Station



**2024 Television Market Revenues (in millions)**

_____

[47] In 2024, the average TV station in television markets 151-210, 101-150, and 51-100 garnered 12.1%, 17.6%, and 23.5% of the ad revenues earned by the average station in the top-10 markets. Even stations in TV markets 26-50 earned only 42.2% of the revenues garnered by the average station in the ten largest markets. NAB Staff Analysis of BIA Media Access Pro data.

|  | Markets 1-10 | Markets 11-25 | Markets 26-50 | Markets 51-100 | Markets 101-150 | Markets 151-210 |
|---|---|---|---|---|---|---|
| Number of Commercial Stations | 152 | 160 | 209 | 331 | 225 | 160 |
| Avg. Revenue per Station (000) | $45,046 | $29,770 | $19,050 | $10,606 | $7,919 | $5,453 |

*Source: Analysis of BIA Media Access Pro data as of July 23, 2025. Analysis based on full power TV stations. Includes over-the-air and digital ad revenue estimates.*

Given all this evidence showing the transformation of the advertising market, the consequent serious decline in broadcast stations' ad revenues, and the questionable economic viability of many stations, there can be no doubt that local stations compete for both audiences and advertisers against innumerable multichannel and streaming content providers and digital ad platforms.

\* \* \* \* \*

## CONCLUSION

NAB expresses no opinion on the merger between Nexstar and TEGNA. But as the Court considers arguments regarding the breadth of the district court's injunction, NAB thought it critical that the Court receive an industry-wide perspective. Local TV stations face an extraordinarily competitive environment for audiences and revenues. And the cost of producing local news and other local programming and acquiring premium content, especially sports, also has grown substantially. Even beyond the prospect of complying with a sweeping injunction for months during the pendency of this case, this intensely competitive environment

23

generates headwinds for all local TV broadcasters. In evaluating the appropriate scope of the district court's injunction, NAB asks the Court to consider the totality of the circumstances facing the broadcast industry.

Dated: May 27, 2026

Respectfully submitted,

/s/ Richard A. Kaplan

Richard A. Kaplan
Jerianne Timmerman
Nandu Machiraju
NATIONAL ASSOCIATION
OF BROADCASTERS
1 M Street, SE
Washington, DC 20003
(202) 429-5430
rkaplan@nab.org
jtimmerman@nab.org
nmachiraju@nab.org

*Counsel for Amicus Curiae*
*National Association of Broadcasters*

24

**CERTIFICATE OF COMPLIANCE**

I certify that this brief complies with the type-volume limitation set forth in Rule 29(a)(5) of the Federal Rules of Appellate Procedure (FRAP). The brief's type size and typeface comply with FRAP 32(a)(5) and (6). Excluding the items exempted by FRAP 32(f) and including manually-counted words in visual images, the brief contains 5,737 words, which is less than one-half of the maximum length authorized for a party's principal brief under Circuit Rule 32-1(a).

<u>/s/ Richard A. Kaplan</u>
Richard A. Kaplan

25

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing Brief of *Amicus Curiae* National Association of Broadcasters with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Richard A. Kaplan</u>
Richard A. Kaplan

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form34instructions.pdf](http://www.ca9.uscourts.gov/forms/form34instructions.pdf)

**9th Cir. Case Number(s)** | 26-2490

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

| National Association of Broadcasters |

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

   a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
   ○ Yes      ◉ No

   If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary)*:

   |  |

   b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
   ○ Yes      ◉ No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 34**        *1*        *New 12/01/24*

If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

2. In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

3. In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

4. Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
   ○ Yes    ◉ No

   If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

I certify that *(select only one)*:

◉ this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○ the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

○ I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** s/Richard A. Kaplan    **Date** May 27, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 34**        2        *New 12/01/24*

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 8. Certificate of Compliance for Briefs

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form08instructions.pdf*

**9th Cir. Case Number(s)** 26-2490

I am the attorney or self-represented party.

**This brief contains** 5,737 **words, including** 401 words

manually counted in any visual images, and excluding the items exempted by FRAP

32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one)*:

○ complies with the word limit of Cir. R. 32-1.

○ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

◉ is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

○ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

○ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
☐ it is a joint brief submitted by separately represented parties.
☐ a party or parties are filing a single brief in response to multiple briefs.
☐ a party or parties are filing a single brief in response to a longer joint brief.

○ complies with the length limit designated by court order dated _____.

○ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** s/Richard A. Kaplan **Date** May 27, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 8** *Rev. 12/01/22*