UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In Re: Nexstar-TEGNA Merger Litigation.

_____

DIRECTV, LLC; et al.,

       Plaintiffs - Appellees,

  v.

NEXSTAR MEDIA GROUP, INC. and
TEGNA, INC.,

       Defendants - Appellants.

No. 26-2490

D.C. No.
2:26-cv-00976-TLN-CKD
Eastern District of California,
Sacramento

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 50) to file under seal the opening brief and Volumes 14 through 18 of the excerpts of record is granted.

The unopposed motions (Docket Entry Nos. 79, 84) to file under seal the answering briefs are also granted.

The clerk will file publicly the motions to seal (Docket Entry Nos. 50.1, 79.1, 84.1), the redacted opening brief (Docket Entry No. 51), Volumes 1 through 13 of the excerpts of record (Docket Entry No. 52), the redacted answering briefs (Docket Entry Nos. 80 and 83), the supplemental excerpts of record (Docket Entry No. 81), and the reply brief (Docket Entry No. 96). The clerk will maintain the

opening brief, answering briefs, and Volumes 14 through 18 of the excerpts of record under seal at Docket Entry Nos. 55, 56, 82, and 85.

The motion (Docket Entry No. 49) to expedite oral argument is granted in part. The clerk will place this case on the next available calendar. *See* 9th Cir. Gen. Ord. 3.3(f).

Briefing is complete.

26-2490